IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harrell, Pamela J

Printed: 10/29/08

Case Number: 05 B 18544
Judge: Wedoff, Eugene R
Filed: 5/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 11, 2008
Confirmed: June 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,020.00 |  |
| Secured: |  | 3,395.99 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,325.20 |
| Trustee Fee: |  | 298.81 |
| Other Funds: |  | 0.00 |
| Totals: | 6,020.00 | 6,020.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,325.20 | 2,325.20 |
| 2. | Monterey Financial Services | Secured | 116.06 | 33.06 |
| 3. | Drive Financial Services | Secured | 11,829.89 | 3,362.93 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 393.00 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 109.18 | 0.00 |
| 6. | Drive Financial Services | Unsecured | 95.99 | 0.00 |
| 7. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 8. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 9. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,869.32 | $ 5,721.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 32.88 |
| 5.5% | 113.15 |
| 5% | 21.09 |
| 4.8% | 45.53 |
| 5.4% | 54.45 |
| 6.5% | 31.71 |
|  | $ 298.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harrell, Pamela J

Printed: 10/29/08

Case Number:  05 B 18544
Judge:  Wedoff, Eugene R
Filed:  5/10/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

